# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 15, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160121(16)

CHERYL MARIE LYNCH,
        Plaintiff,

v                                          SC: 160121

STATE OF MICHIGAN, COURT OF APPEALS
JUDGES, COURT OF CLAIMS JUDGE, 5TH
DISTRICT COURT JUDGE, 2ND CIRCUIT
COURT JUDGE, BERRIEN COUNTY
PROSECUTOR, and MICHIGAN ATTORNEY
GENERAL,
        Defendants.
_____/

      On the order of the Chief Justice, the motion of plaintiff to file a reply to defendants' answer by December 17, 2019 is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 15, 2019



Clerk